IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LOTTIE THOMPSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-cv-00734-WS-N |
| | ) | |
| **DIXIE PRIDE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Lottie Thompson (hereinafter, "Plaintiff"), and Defendant, Dixie Pride, Inc. (hereinafter, "Defendant"), file this Joint Notice of Settlement to inform the Court that the Parties have reached an agreement to resolve the above-captioned matter. The Parties anticipate that within the next thirty (30) days the settlement agreement will be agreed upon and will be executed; at that time, the Parties will submit a Joint Stipulation of Dismissal.

**WHEREFORE,** premises considered, the parties file this Joint Notice of Settlement.

Respectfully Submitted, this the 6th day of January 2020.

/s/ Cassie E. Taylor
**Cassie E. Taylor**
ADA Group LLC
4001 Carmichael Road
Suite 570

Montgomery, Alabama 36116
Telephone: 334.356.5314
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*

***/s/ Joseph A. Fawal***
**Joseph A. Fawal**
**Fawal & Spina**
1330 – 21st Way South
Suite 200
Birmingham, Alabama 35205
Telephone: 205-939-1330
Email: jfawal@bellsouth.net
*Counsel for Defendant*